Bruce J. Castleton      ISB No. 6915
CASTLETON LAW PLLC
10400 Overland Road #238
Boise, ID   83709
Telephone No. (208) 629-4590
Facsimile No. (208) 509-4814
bruce@castletonlegal.com

Attorney for Defendants Canyon County,
Bryan Taylor, and Eleonora Somoza

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **CLIFF OHLER**, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>**NAMPA POLICE DEPARTMENT** through **CITY OF NAMPA**, a municipality; **JOE HUFF,** in his official capacity; **CURTIS CARPER,** individually and in his official capacity; **CANYON COUNTY, a** body politic, **CANYON COUNTY PROSECUTING ATTORNEY BRYAN TAYLOR,** in his official capacity; **ELEONORA SOMOZA**, in her official capacity, **CURTIS SHANKEL,** individually and in his official capacity, **SHANE HUSTON**, an individual and in his official capacity,<br><br>        Defendants. | Case No. 1:24-cv-00317-AKB<br><br>**CANYON COUNTY DEFENDANTS' ANSWER** |

The Canyon County Defendants (Canyon County, Bryan Taylor, and Eleonora Somoza), by and through their counsel of record, do hereby answer Plaintiff's Complaint and Demand for Jury Trial on file herein as follows:

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S**
**COMPLAINT AND DEMAND FOR JURY TRIAL -  1.**

1.      Defendants deny each and every allegation contained in Plaintiff's Complaint not herein specifically and expressly admitted.   Defendants reserve the right to amend this and any other answer or denial stated herein, once they have had an opportunity to complete discovery regarding the allegations contained in Plaintiff's Complaint.

2.      Answering paragraph 1 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

3.      Answering paragraphs 2 and 3 of Plaintiff's Complaint, Defendants acknowledge that this Court has jurisdiction over properly pled matters involving 42 U.S.C. § 1983; however, in making this acknowledgment, Defendants do not admit that any such matters are actually properly pled in Plaintiff's Complaint, or that the facts set forth in Plaintiff's Complaint actually justify the exercise of such jurisdiction.   To the extent this Court has jurisdiction over these matters venue is proper.

4.      Answering paragraph 4 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

5.      Answering paragraphs 5 through 7 of Plaintiff's Complaint, these Defendants need not admit or deny the same.

6.      Answering paragraphs 8 through 10 of Plaintiff's Complaint, Defendants admit.

7.      Answering paragraph 11 through 13 of Plaintiff's Complaint, these Defendants need not admit or deny the same.

8.      Answering paragraph 14 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all such allegations.

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S**
**COMPLAINT AND DEMAND FOR JURY TRIAL - 2.**

9.     Answering paragraphs 15 through 53 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

10.      Answering paragraphs 54 through 60 of Plaintiff's Complaint, Defendants admit.

11.     Answering paragraphs 61 through 65 of Plaintiff's Complaint, Defendants admit that such a conversation took place, but deny the characterization thereof.

12.     Answering paragraph 66 of Plaintiff's Complaint, Defendants deny.

13.     Answering paragraph 67 of Plaintiff's Complaint, Defendants admit that such a conversation took place, but deny the characterization thereof.

14.     Answering paragraph 68 of Plaintiff's Complaint, Defendants admit Plaintiff refused, but deny the remaining allegations as to his belief about the intention of the request for lack of specific knowledge.

15.     Answering paragraphs 69 and 70 of Plaintiff's Complaint, Defendants admit.

16.     Answering paragraphs 71 through 81 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

17.     Answering paragraph 82 of Plaintiff's Complaint, Defendants admit.

18.     Answering paragraph 83 of Plaintiff's Complaint, Defendants deny.

19.     Answering paragraphs 84 and 85 of Plaintiff's Complaint, Defendants admit that these documents speak for themselves.

20.     Answering paragraphs 86 through 88 of Plaintiff's Complaint, Defendants deny.

21.     Answering paragraph 89 of Plaintiff's Complaint, Defendants admit that the documents speak for themselves.

22.     Answering paragraphs 90 and 91 of Plaintiff's Complaint, Defendants deny.

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL - 3.**

23.     Answering paragraphs 92 and 93 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

24.     Answering paragraph 94 of Plaintiff's Complaint, Defendants deny Plaintiff's allegation of an illegal search.    These Defendants admit that a Canyon County Deputy Prosecutor provided the contents of Plaintiff's cell phone to IDOC upon IDOC's request.

25.     Answering paragraphs 95 through 104 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

26.     Answering paragraph 105 of Plaintiff's Complaint, Defendants admit that the documents speak for themselves.

27.     Answering paragraphs 106 through 108 of Plaintiff's Complaint, Defendants and without sufficient information at this time and therefore deny.

28.     Answering paragraphs 109 through 110 of Plaintiff's Complaint, Defendants admit that these documents speak for themselves.

29.     Answering paragraphs 111 through 113 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

30.     Answering paragraphs 114 and 115 of Plaintiff's Complaint, Defendants deny.

31.     Answering paragraphs 116 through 119 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

32.     Answering paragraphs 120 through 122 of Plaintiff's Complaint, Defendants admit that these documents speak for themselves.

33.     Answering paragraph 123 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S**
**COMPLAINT AND DEMAND FOR JURY TRIAL - 4.**

34.     Answering paragraph 124 of Plaintiff's Complaint, Defendants admit only as to Canyon County.

35.     Answering paragraph 125 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all of such allegations.

36.     Answering paragraphs 126 through 135 of Plaintiff's Complaint, Defendants assert that these are Plaintiff's legal conclusions, and these Defendants need not admit or deny the same.

37.     Answering paragraphs 136 through 139 of Plaintiff's Complaint, Defendants deny.

38.     Answering paragraph 140 of Plaintiff's Complaint, Defendants assert that these are Plaintiff's legal conclusions and Defendants need not admit or deny the same.

39.     Answering paragraphs 141 through 145 of Plaintiff's Complaint, Defendants deny.

40.     Answering paragraph 146 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all of such allegations.

41.     Answering paragraphs 147 through 149 of Plaintiff's Complaint, Defendants assert that these are Plaintiff's legal conclusions and Defendants need not admit or deny the same.

42.     Answering paragraphs 150 through 153 of Plaintiff's Complaint, Defendants deny.

43.     Answering paragraph 154 of Plaintiff's Complaint, Defendants are without sufficient information at this time and therefore deny.

44.     Answering paragraphs 155 through 157 of Plaintiff's Complaint, Defendants deny.

45.     Answering paragraph 158 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all of such allegations.

46.     Answering paragraphs 159 through 168 of Plaintiff's Complaint, Defendants assert that these allegations do not pertain to these Defendants and therefore they need not admit or deny the same.

47.     Answering paragraph 169 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all of such allegations.

48.     Answering paragraph 170 of Plaintiff's Complaint, Defendants assert that these are Plaintiff's legal conclusions and Defendants need not admit or deny the same.

49.     Answering paragraphs 171 through 177 of Plaintiff's Complaint, Defendants deny.

50.     Answering paragraph 178 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all of such allegations.

51.     Answering paragraph 179 of Plaintiff's Complaint, Defendants assert that these are Plaintiff's legal conclusions and Defendants need not admit or deny the same.

52.     Answering paragraphs 180 through 186 of Plaintiff's Complaint, Defendants deny.

53.     Answering paragraph 187 of Plaintiff's Complaint, which purports to repeat and incorporate prior allegations, to the extent any response is required to such allegations, Defendants reassert and incorporate by this reference their prior responses to all of such allegations.

54.     Answering paragraph 188 of Plaintiff's Complaint, Defendants deny.

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S**
**COMPLAINT AND DEMAND FOR JURY TRIAL - 6.**

55.     Answering paragraph 189 of Plaintiff's Complaint, Defendants assert that these are Plaintiff's legal conclusions and Defendants need not admit or deny the same.

56.     Answering paragraphs 190 through 208 of Plaintiff's Complaint, Defendants assert that these allegations do not pertain to these Defendants and therefore they need not admit or deny the same.

57.     Answering paragraph 209 of Plaintiff's Complaint, Defendants deny.

58.     Plaintiff's Complaint contains a section titled "Demand for Jury," to the extent any answer is required thereto, Defendants deny the allegations contained therein, deny that Plaintiff has stated any valid cause of action, or that the Plaintiff is entitled to a jury trial.

59.     Plaintiff's Complaint last contains a section titled "Prayer for Relief," and to the extent any answer is required thereto, Defendants deny the allegations contained therein, deny that Plaintiff has stated any valid cause of action, or that the Plaintiff is entitled to any of the relief requested therein.

## FIRST DEFENSE

That Defendants have not been able to engage in sufficient discovery to learn all of the facts and circumstances relating to the matters described in the Plaintiff's Complaint and therefore request the Court to permit Defendants to amend their Answer and assert additional affirmative defenses or abandon affirmative defenses once discovery has been completed.

## SECOND DEFENSE

That the Plaintiff's Complaint fails to state a cause of action against Defendants upon which relief can be granted and should therefore be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S**
**COMPLAINT AND DEMAND FOR JURY TRIAL - 7.**

**THIRD DEFENSE**

That Plaintiff has failed to act reasonably or to otherwise mitigate Plaintiff's damages, if any.

**FOURTH DEFENSE**

That Defendants acted in a reasonable and prudent fashion satisfying any duty, if any, that they owed under the rules, regulations, statutes, ordinances, customs, policies and usages of Canyon County, the State of Idaho and/or the United States of America.

**FIFTH DEFENSE**

To the extent that Plaintiff is asserting state law claims against Defendants, some or all of such claims are barred by the failure of Plaintiff to comply with the Idaho Tort Claims Act.

**SIXTH DEFENSE**

To the extent that Plaintiff is asserting state law claims, the liability, if any, of Defendants for any state law claims or causes of action is limited pursuant to the provisions of the Idaho Tort Claims Act.   In asserting this defense, Defendants are in no way conceding or admitting liability.

**SEVENTH DEFENSE**

To the extent that Plaintiff is asserting state law claims against Defendants, some or all of such claims are barred since they arise out of and/or stem from activities for which Defendants are immune from liability by virtue of the provisions of the Idaho Tort Claims Act.

**EIGHTH DEFENSE**

That Defendants are immune from liability because the acts or omissions complained of, if any, were done by Defendants in good faith, with honest, reasonable belief that such actions were necessary and lawful at the time they occurred.

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL - 8.**

**NINTH DEFENSE**

That Defendants are immune, or have qualified immunity, to the allegations contained in the Plaintiff's Complaint.

**TENTH DEFENSE**

That some or all of the Plaintiff's claims against Defendants are barred by Plaintiff's failure to timely file a notice of claim as required by the Idaho Tort Claims Act, Idaho Code Section 6-906.

**ELEVENTH DEFENSE**

All general immunities statutory or otherwise applicable.

**TWELFTH DEFENSE**

Defendants are an improper party to this litigation by virtue of the provisions of the Idaho Tort Claims Act.

**THIRTEENTH DEFENSE**

That the allegations contained in the Plaintiff's Complaint do not rise to the level of a deprivation of rights which are protected by the Constitution or any of the legal provisions referred to in the Plaintiff's Complaint.

**FOURTEENTH DEFENSE**

That the acts or omissions, if any, of the Defendants was privileged.

**FIFTEENTH DEFENSE**

That one or more of the Defendants are not liable in litigation pursuant to Title 42 U.S.C. § 1983, for any injury caused by the act or omission of another person under the theory of *respondeat superior.*

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT AND DEMAND FOR JURY TRIAL - 9.**

## JURY DEMAND

Defendants hereby demand a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## ATTORNEY FEES

Defendants have been required to retain attorneys in order to defend this action and are entitled to recover reasonable attorney fees pursuant to federal and state law and applicable Rules of Civil Procedure.

WHEREFORE, Defendants pray for judgment against the Plaintiff as follows:

1.      That Plaintiff's Complaint be dismissed with prejudice and that Plaintiff take nothing thereunder.

2.      That Defendants be awarded its costs, including reasonable attorney fees pursuant to state law and the applicable Rules of Civil Procedure.

3.      That judgment be entered in favor of Defendants on all claims for relief.

4.      For such other and further relief as the Court deems just and equitable under the circumstances.

DATED this 2nd day of August, 2024.

CASTLETON LAW PLLC

By */s/ Bruce J. Castleton*
        BRUCE J. CASTLETON, Of the Firm
        Attorneys for Canyon County Defendants

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S
COMPLAINT AND DEMAND FOR JURY TRIAL - 10.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 2nd day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

**Terry R Pickens**
terri@pickenslawboise.com, nicole@pickenslawboise.com

• **Michael J. Kane**
mkane@ktlaw.net, kdelisio@ktlaw.net

*/s/ Bruce J. Castleton*
BRUCE J. CASTLETON

**CANYON COUNTY DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL - 11.**